UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:20-cv-25206

JOHNATHAN GRILLS

        Plaintiff,

v.

CARNIVAL CORPORATION
a Foreign Profit Corporation.

        Defendant.

_____/

**COMPLAINT FOR DAMAGES**

    Plaintiff, JOHNATHAN GRILLS, by and through his undersigned counsel, hereby sues Defendant, CARNIVAL CORPORATION (hereinafter, "CARNIVAL"), and alleges:

**THE PARTIES AND JURISDICTION**

    1.    This is an action seeking damages in excess of $75,000.00 (Seventy Five Thousand Dollars) exclusive of interest, costs and attorney's fees.

    2.    This Court has diversity subject matter jurisdiction pursuant to 28 U.S.C. § 1332 as this is a civil action in which the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different States and/or citizens of a State and citizens or subjects of a foreign state.

    3.    This Court also has Admiralty subject matter jurisdiction pursuant to 28 U.S.C. § 1333 as this case involves a maritime tort.

    4.    Plaintiff, JOHNATHAN GRILLS, is sui juris and is a resident of Mississauga, Ontario Canada.

3. Carnival Corporation is incorporated under the laws of the Republic of Panama with its principal place of business and headquarters in Miami, Fl.

4. This action is being filed in this Court pursuant to the terms and conditions of the Passenger Contract issued by Defendant, CARNIVAL CORPORATION.

5. At all times material thereto, CARNIVAL owned, operated, managed, maintained and/or controlled the vessel, the CARNIVAL PRIDE.

## COUNT I
### (NEGLIGENCE)

Plaintiff re-alleges all allegations in paragraphs 1 through 6 above as if alleged fully herein.

6. On or about January 5, 2020, the Plaintiff was a fare-paying passenger aboard the CARNIVAL PRIDE, a cruise ship owned and operated by the Defendant which departed out of Baltimore, Maryland on January 5, 2020

7. At that time and place, the Defendant owed the Plaintiff a duty of reasonable care under the circumstances.

8. At that time and place, in or around the Serenity Deck, Defendant breached its duty of care toward the Plaintiff when it allowed its deck floor to be wet, slippery and icy.

9. The Defendant caused this hazard, or the Defendant knew about this hazard or should have known of said dangerous condition and failed to warn passenger or Plaintiff, in particular, of any danger or in the alternative, the Defendant allowed said dangerous condition to exist for a length of time sufficient that the Defendant should have known about it, or this type of hazard occurred with regularity and was therefore foreseeable.

10. As a result of the Defendant's failure to mop or cordon off that icy and slippery section, the Plaintiff slipped and fell.

11. That as a direct and proximate result of the aforementioned incident, the Plaintiff, JOHNATHAN GRILLS, was injured in and about his body and extremities, suffered physical handicap and/or aggravation of a pre-existing condition, physical and mental pain and suffering, permanent disability and disfigurement, medical and maintenance expenses and wage loss; said injuries and losses are either permanent or continuing in nature and the Plaintiff will suffer such losses and impairments in the future.

WHEREFORE, Plaintiff demands judgment against CARNIVAL for damages suffered as a result of the alleged accident and a trial by jury on all issues triable.

DATED this 22nd day of December 2020.

CHALIK AND CHALIK, P.A.
Attorneys for Plaintiff
10063 N. W. 1st Court
Plantation, Florida 33324
Tel.:   (954) 476-1000
Fax:   (954) 472-1173

By *Debi F. Chalik*
_____
   DEBI F. CHALIK
   Florida Bar No. 179566